AO 245D (Rev 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

U.S. DISTRICT COURT
Southern District of Georgia
Filed in Office
11:30 AM.
9-23 2005
Deputy Clerk

# United States District Court
### SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Brian Glover | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number: CR298-00034-005<br><br>USM Number: 09895-021<br><br>Ron Harrison<br>Defendant's Attorney |

**THE DEFENDANT:**

[X] admitted guilt to violation of the mandatory condition of the term of supervision.
[X] was found in violation of the standard conditions after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | August 4, 2005 |

See page 2 for additional violations.

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s)___ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No:

Defendant's Date of Birth:

September 22, 2005
Date of Imposition of Judgment

_Signature of Judge_

Defendant's Residence Address:

Defendant's Mailing Address:

Judge, U.S. District Court
Name and Title of Judge

9-22-05
Date

DEFENDANT: Brian Glover
CASE NUMBER: CR298-00034-005

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | The defendant failed to submit truthful and complete written reports within the first five days of each month (standard condition). | August 2005 |
| 3 | The defendant failed to work regularly at a lawful occupation and was not excused by the probation officer for schooling, training, or other acceptable reasons (standard condition). | August 2005 |

DEFENDANT: Brian Glover
CASE NUMBER: CR298-00034-005

DEFENDANT: Brian Glover
CASE NUMBER: CR298-00034-005

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: __12 months and 1 day__ .

[X]    The Court makes the following recommendations to the Bureau of Prisons:

That the defendant be imprisoned at the facility located in Jesup, Georgia.

[X]    The defendant is remanded to the custody of the United States Marshal.
[ ]    The defendant shall surrender to the United States Marshal for this district,

    [ ] at ___ [ ] a.m. [ ] p.m. on _____.
    [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ] before 2 p.m. on _____.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____


Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.


                                                                         United States Marshal


                                        By _____
                                                 Deputy United States Marshal